Paul TIPPETT, a Minor, by Merrill Tippett, His Father and Next Friend, Appellant v. McCRADY–RODGERS COMPANY, Appellee.

No. 9954.

United States Court of Appeals
Third Circuit.

Argued Oct. 14, 1949.
Decided Oct. 27, 1949.

Hymen Schlesinger, Pittsburgh, Pa., for appellant.

W. F. McCrady, Jr., George J. Schafer, Pittsburgh, Pa. (McCrady & Nicklas, Pittsburgh, Pa., on the brief), for appellee.

Before McLAUGHLIN and KALODNER, Circuit Judges, and JAMES ALGER FEE, District Judge.

PER CURIAM.

Our own examination of the record reveals neither substantial error in the Court's charge as to damages or that the verdict in favor of the plaintiff is grossly inadequate.

The judgment of the District Court will be affirmed.

Cora ALEX, Special Administratrix, Appellant, v. WABASH RAILROAD COMPANY, Appellee.

No. 10873.

United States Court of Appeals
Sixth Circuit.

Oct. 18, 1949.

Stanley S. Krause, Detroit, Mich., J. A. Tolonen, Detroit, Mich., for appellant.

Walter A. Kleinert, Detroit, Mich., Louis E. Burke, Ann Arbor, Mich., for appellee.

Before HICKS, Chief Judge, and SIMONS and MILLER, Circuit Judges.

PER CURIAM.

This case was heard upon the record, briefs and argument of counsel, and the court being of the opinion that there was no substantial evidence that the negligence of appellee approximately caused or contributed to the death of appellant's decedent, and that there is no reversible error on the record,

It is therefore ordered and adjudged that the judgment entered October 15, 1948 and appealed from, be and the same is in all things affirmed.

A. A. CHILCOTE, Appellant, v. UNITED STATES of America, Appellee.

No. 10856.

United States Court of Appeals
Sixth Circuit.

Oct. 13, 1949.

C. W. Sellers, R. M. MacArthur, Cleveland, Ohio, for appellant.

Don C. Miller, Cleveland, Ohio, Lester Kaufman, Cleveland, Ohio, for appellee.

Before SIMONS, MARTIN and MILLER, Circuit Judges.

PER CURIAM.

This appeal was heard upon the record, briefs and oral argument of counsel for respective parties, and having been duly considered by the court;

It is ordered that the judgment appealed from be and is hereby affirmed for the reasons given by the District Court in its memorandum opinion of January 3, 1949. In re Chilcote Co., 9 F.R.D. 571, and upon the authority of Wilson v. United States, 221 U.S. 361, 374, 376, 31 S.Ct. 538, 55 L.Ed. 771, Ann.Cas.1912D, 558.